EDWARD McCABE, Respondent, *v.* JAMES M. SMITH, Appellant.

Argued April 16, 1946; decided June 6, 1946.

*James Conboy* for appellant.

*Wilford A. Le Forestier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.